

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 30, 2023

**BY ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *United States v. Aguilar & Perez*, 22 Cr. 669 (JPC)

Dear Judge Cronan:

    On December 16, 2022, during the parties' initial appearance before Your Honor in the above-referenced matter, the Court set a deadline of January 31, 2023, for the Government's expert disclosures. The Court also noted, however, that should the parties require additional time, they should bring that to the Court's attention.

    The Government is in the process of identifying the expert witnesses it may call to testify should this case proceed to trial, but that process is still ongoing. Accordingly, the Government respectfully requests that its and the defendants' respective expert disclosure deadlines be adjourned approximately 30 days. Given that no motion schedule or trial date has yet been set, the Government respectfully submits that the requested adjournment will not prejudice any party, nor unduly delay resolution of this matter.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: _____
    Jonathan L. Bodansky
    Assistant United States Attorney
    (212) 637-2385

The request is granted. By March 1, 2023, the parties shall make expert disclosures pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) and 16(b)(1)(C).

SO ORDERED
Date: January 31, 2023
New York, New York

JOHN P. CRONAN
United States District Judge