

**DLA Piper LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Jessica Ann Masella
jessica.masella@us.dlapiper.com
T   212.335.4829

September 21, 2023

**BY ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:    <u>**United States v. Yanez Aguilar, 22 Cr. 669 (JPC)**</u>

Dear Judge Cronan:

I write, as counsel to Jose Manuel Yanez Aguilar, to respectfully request an adjournment of the status conference in the above-captioned matter currently scheduled for September 27, 2023. The Government has consented to this adjournment. The reason for the requested adjournment is that the parties are discussing a potential resolution of this matter, and additional time is needed for those discussions. We are requesting that the Court set a date for the conference during the week of November 6, 2023, if that is convenient for the Court.

Finally, the Government requests, with the consent of defense counsel for Mr. Yanez Aguilar, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act. Such an exclusion would be in the interests of justice as it would allow the parties time to continue discussions concerning pretrial dispositions of this matter. *See* 18 U.S.C. § 3161(h)(7)(A).

Thank you for your consideration of this request.

Respectfully submitted,

This request is granted. The status conference for Defendant Jose Manuel Yanez Aguilar scheduled on September 27, 2023 is adjourned to November 8, 2023 at 9:30 a.m. in Courtroom 12D of 500 Pearl Street, New York, NY 10007. Given that Defendant Jose Manuel Yanez Aguilar's last court appearance was May 8, 2023, the Court does not expect to adjourn the November 8 conference. The Court will exclude time until November 8, 2023 under the Speedy Trial Act for the purposes of allowing the parties to continue discussions concerning pretrial dispositions. The Court finds that the ends of justice served by that exclusion outweigh the best interest of the public and the Defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

/s/ *Jessica A. Masella*
Jessica A. Masella
DLA Piper LLP (US)
(212) 335-4829

SO ORDERED.
Date: September 22, 2023
New York, New York

JOHN P. CRONAN
United States District Judge